AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Atlas, Nancy F. | U.S.D.C. - S.D. Tx. | 08/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

United States District Court
515 Rusk Street, Room 9015
Houston, TX 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Member | VICTORY (Houston American Cancer Society) |
| 2. | Co-Trustee | Trust 1 |
| 3. | Co-Trustee | Trust 2 |
| 4. | Co-Trustee | Trust 3 |
| 5. | Co-Trustee | Trust 4 |
| 6. | Co-Trustee | Trust 5 |
| 7. | Task Force Co-Chair | American Bar Association Section of Litigation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association, Section of Litigation | 01/13-01/15/11 | Vail, CO | Winter Leadership Meeting | transportation, lodging, and meals |
| 2. | New York University | 03/31-04/01/11 | New York, NY | Admitted Students Program | transportation, lodging, meals |
| 3. | American Bar Association, SOL | 09/22-09/24/2011 | Philadelphia, PA | Fall Leadership Meeting | transportation, lodging |
| 4. | University of Texas | 09/26/2011 | Austin, TX | Society Program | transportation |
| 5. | American Bar Association, SOL | 10/13-10/14/11 | New York, NY | Class Action Institute Meeting | transportation, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. (Section V Note 1) | See Section VIII | $0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Aberdeen Chile Fund (CH) | A | Dividend | | | Buy | 02/08/11 | J | | |
| 2. | | | | | Sold | 06/30/11 | J | A | |
| 3.        LLC | | | | | | | | | |
| 4. -BBVA Compass Bank, Houston, TX | | None | J | T | Open | 10/14/11 | J | | |
| 5. American Public Education Inc. | | None | J | T | Buy | 01/13/11 | J | | |
| 6. Ancestry.com Inc (ACOM) | | None | | | Buy | 02/27/11 | K | | |
| 7. | | | | | Buy (add'l) | 02/18/11 | J | | |
| 8. | | | | | Sold (part) | 05/05/11 | J | A | |
| 9. | | | | | Sold | 05/20/11 | K | C | |
| 10. AXA Equitable Universal Life Insurance | | None | L | T | | | | | |
| 11. BAIDU Inc. ADR (BIDU) | | None | K | T | Buy | 12/23/11 | K | | |
| 12. BBVA Compass Bank, Houston, TX | A | Interest | M | T | | | | | |
| 13. Berkshire Hathaway Inc. Del CL B (BRK.B) | | None | L | T | Buy | 02/07/11 | L | | |
| 14. Blind Squirrel Partners LLC | A | Royalty | L | U | Buy | 05/25/11 | K | | |
| 15. | | | | | Buy (add'l) | 11/08/11 | K | | |
| 16. Cisco Systems Inc. (CSCO) | A | Dividend | L | T | Buy | 02/07/11 | K | | |
| 17. | | | | | Buy (add'l) | 02/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 06/17/11 | J | | |
| 19. | | | | | Buy (add'l) | 06/22/11 | J | | |
| 20. Dawson Geophysical Co. (DWSN) | | None | | | Buy | 02/07/11 | K | | |
| 21. | | | | | Sold (part) | 02/25/11 | J | B | |
| 22. | | | | | Buy | 05/17/11 | J | | |
| 23. | | | | | Sold | 12/20/11 | K | A | |
| 24. Diamond Castle Partner IV, L.P. (FN 1) | D | Int./Div. | M | U | | | | | |
| 25. Diamond Castle Partner IV, Offshore Fund, L.P. | | None | J | U | | | | | |
| 26. Dreyfus 100% U.S. Treasury Money Market Fund | A | Interest | | | Closed | 05/13/11 | M | | |
| 27. Dreyfus Appreciation Fund (FN 8) | A | Dividend | K | T | | | | | |
| 28. Enterprise Products Partners LP (EPD) | A | Dividend | L | T | Buy | 02/07/11 | K | | |
| 29. | | | | | Buy (add'l) | 02/08/11 | K | | |
| 30. | | | | | Buy (add'l) | 02/25/11 | J | | |
| 31. | | | | | Buy (add'l) | 06/22/11 | J | | |
| 32. Exxon Mobil Corp. (XOM) | A | Dividend | K | T | Buy | 02/07/11 | K | | |
| 33. Google Inc. CL A (GOOG) | | None | K | T | Buy | 02/07/11 | K | | |
| 34. IRA: Baker Hughes Inc. (BHI) | A | Dividend | K | T | Buy | 10/27/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA: Baker Hughes Inc. (BHI) Option | | | | | Sold | 10/27/11 | J | | |
| 36. IRA: Berkshire Hathaway Inc. (BAM) | | None | M | T | Buy | 05/06/11 | M | | |
| 37. | | | | | Buy (add'l) | 05/09/11 | L | | |
| 38. IRA: Berkshire Hathaway Inc. (BAM) Option | | | | | Sold | 10/27/11 | J | | |
| 39. IRA: Brookfield Asset Management Inc. (BAM) | A | Dividend | L | T | Buy | 06/01/11 | K | | |
| 40. | | | | | Buy (add'l) | 06/30/11 | K | | |
| 41. IRA: Cisco Systems Inc. (CSCO) | A | Dividend | L | T | Buy | 05/05/11 | L | B | |
| 42. | | | | | Buy (add'l) | 05/12/11 | K | | |
| 43. | | | | | Sold (part) | 10/13/11 | K | | |
| 44. | | | | | Sold (part) | 12/20/11 | K | A | |
| 45. IRA: Cisco Systems Inc. (CSCO) Option | | | | | Sold | 05/05/11 | J | | |
| 46. IRA: Cisco Systems Inc. (CSCO) Option (Y) | | | | | | | | | |
| 47. IRA: Cisco Systems Inc. (CSCO) Option | | | | | Sold | 10/13/11 | K | | |
| 48. IRA: Cisco Systems Inc. (CSCO) Option (Y) | | | | | | | | | |
| 49. IRA: Cisco Systems Inc. (CSCO) Option | | | | | Sold | 12/29/11 | J | | |
| 50. IRA: Dawson Geophysical Co (DWSN) | | None | | | Buy | 05/06/11 | L | | |
| 51. | | | | | Buy (add'l) | 06/22/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/13/11 | K | A | |
| 53. | | | | | Sold | 12/20/11 | K | C | |
| 54. IRA: Excelon Corp. (EXC) | B | Dividend | K | T | Buy | 05/09/11 | K | | |
| 55. IRA: Excelon Corp. (EXC) Option | | | | | Sold | 10/26/11 | J | | |
| 56. IRA: Exxon Mobil Corp. (XOM) | B | Dividend | M | T | Buy | 05/09/11 | L | | |
| 57. | | | | | Buy | 06/22/11 | K | | |
| 58. IRA: Exxon Mobil Corp. (XOM) Option | | | | | Sold | 05/17/11 | J | | |
| 59. IRA: Exxon Mobil Corp. (XOM) Option (Y) | | | | | | | | | |
| 60. IRA: Exxon Mobil Corp. (XOM) Option | | | | | Buy | 07/07/11 | J | B | |
| 61. IRA: Exxon Mobil Corp. (XOM) Option (Y) | | | | | | | | | |
| 62. IRA: Exxon Mobil Corp. (XOM) Option | | | | | Sold | 11/04/11 | J | | |
| 63. IRA: Guggenheim Build America BDS | C | Dividend | K | T | Buy | 05/17/11 | K | | |
| 64. | | | | | Buy (add'l) | 05/19/11 | K | | |
| 65. | | | | | Buy (add'l) | 07/05/11 | K | | |
| 66. | | | | | Sold (part) | 08/30/11 | K | A | |
| 67. | | | | | Sold (part) | 09/27/11 | K | A | |
| 68. | | | | | Sold (part) | 12/29/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA: Intel Corp. (INTC) Option | | | | | Sold | 07/06/11 | J | | |
| 70. IRA: Intel Corp. (INTC | B | Dividend | L | T | Buy | 07/06/11 | L | | |
| 71. IRA: John Hancock PFD Income II-Closed End Fund (HPF) | C | Dividend | L | T | Buy | 05/10/11 | K | | |
| 72. | | | | | Buy (add'l) | 05/12/11 | K | | |
| 73. IRA: Johnson & Johnson (JNJ) | B | Dividend | L | T | Buy | 05/06/11 | L | | |
| 74. | | | | | Buy (add'l) | 06/30/11 | K | | |
| 75. IRA: Johnson & Johnson (JNJ) Option | | | | | Sold | 08/30/11 | J | | |
| 76. IRA: Johnson Controls Inc. (JCI) | A | Dividend | K | T | Buy | 05/09/11 | L | | |
| 77. IRA: Matthews Intl FDS-Asia Dividend FD (MAPIX) | B | Dividend | K | T | Buy | 05/09/11 | K | | |
| 78. IFA: MFA Financial Inc. REITS (MFA) | C | Dividend | L | T | Buy | 07/06/11 | K | | |
| 79. | | | | | Buy (add'l) | 07/07/11 | K | | |
| 80. IRA: Microsoft Corp. (MSFT) | B | Dividend | L | T | Buy | 05/09/11 | K | | |
| 81. | | | | | Buy (add'l) | 05/10/11 | K | | |
| 82. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 83. IRA: Microsoft Corp. (MSFT) Option | | | | | Sold | 07/05/11 | J | B | |
| 84. IRA: National Oilwell Varco Inc. (NOV) | A | Dividend | M | T | Buy | 07/20/11 | L | | |
| 85. | | | | | Buy | 10/26/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA: National Retail Properties Inc. (NNN) | C | Dividend | M | T | Buy | 05/09/11 | L | | |
| 87. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 88. | | | | | Buy (add'l) | 06/17/11 | K | | |
| 89. | | | | | Buy (add'l) | 06/22/11 | J | | |
| 90. | | | | | Buy (add'l) | 06/30/11 | K | | |
| 91. | | | | | Sold (part) | 07/22/11 | K | A | |
| 92. | | | | | Buy (add'l) | 08/11/11 | J | | |
| 93. | | | | | Sold (part) | 09/27/11 | K | B | |
| 94. | | | | | Buy (add'l) | 10/13/11 | K | | |
| 95. | | | | | Sold (part) | 10/31/11 | J | B | |
| 96. | | | | | Buy (add'l) | 12/5/11 | K | | |
| 97. | | | | | Buy (add'l) | 12/13/11 | J | | |
| 98. IRA: Pepsico Inc. (PEP) | B | Dividend | L | T | Buy | 05/05/11 | L | | |
| 99. | | | | | Buy | 10/26/11 | K | | |
| 100. IRA: Pepsico Inc. (PEP) Option | | | | | Sold | 05/05/11 | J | | |
| 101. IRA: Pepsico Inc. (PEP) Option (Y) | | | | | | | | | |
| 102. IRA: Proctor Gamble Co. (PG) | B | Dividend | M | T | Buy | 05/17/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/06/11 | K | | |
| 104.  IRA: Redwood Trust (RWT) | D | Dividend | M | T | Buy | 05/06/11 | M | | |
| 105. | | | | | Buy (add'l) | 05/09/11 | K | | |
| 106.  IRA Rollover: Vanguard Treasury Money Market Fund | A | Interest | O | T | | | | | |
| 107.  IRA: Taiwan Semiconductor (TSM) | B | Dividend | L | T | Buy | 05/06/11 | K | | |
| 108. | | | | | Buy (add'l) | 06/22/11 | J | | |
| 109. | | | | | Buy | 07/06/11 | K | | |
| 110.  IRA: TD Ameritrade Money Market Acct. | A | Interest | M | T | Buy | 04/28/11 | P1 | | |
| 111. | | | | | Buy (add'l) | 07/18/11 | L | | |
| 112.  IRA: Thor Industries Inc. | | None | | | Buy | 05/05/11 | K | | |
| 113. | | | | | Buy (add'l) | 05/06/11 | K | | |
| 114. | | | | | Sold (part) | 05/17/11 | K | A | |
| 115. | | | | | Sold (part) | 05/19/11 | K | A | |
| 116. | | | | | Sold | 06/01/11 | K | B | |
| 117.  IRA: United Parcel Service (UPS) | B | Dividend | L | T | Buy | 05/05/11 | K | | |
| 118. | | | | | Buy | 05/06/11 | K | | |
| 119. | | | | | Buy | 06/17/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IRA: United Parcel Service (UPS) Option | | | | | Sold | 05/12/11 | J | | |
| 121. IRA: United Parcel Service (UPS) Option (Y) | | | | | | | | | |
| 122. IRA: Vanguard 500 Index Fund | B | Dividend | L | T | Buy | 01/06/11 | J | | |
| 123. IRA: Vanguard Small Cap Index Fund (was IRA: Vanguard Small | A | Dividend | J | T | Buy | 01/06/11 | J | | |
| 124. IRA: Vanguard Treasury Money Market Fund | A | Interest | L | T | | | | | |
| 125. IRA: Vodaphone Group PLC ADR (VOD) | B | Dividend | L | T | Buy | 05/05/11 | L | | |
| 126. | | | | | Buy | 06/17/11 | J | | |
| 127. | | | | | Buy | 07/22/11 | J | | |
| 128. | | | | | Sold (part) | 10/13/11 | J | | |
| 129. IRA: Vodaphone Group PLC ADR (VOD) Option | | | | | Sold | 05/31/11 | J | B | |
| 130. IRA: Western Asset Emerging Markets Debt Fund Inc. (EDS) | C | Dividend | L | T | Buy | 05/05/11 | K | | |
| 131. | | | | | Buy (add'l) | 05/06/11 | K | | |
| 132. | | | | | Buy (add'l) | 05/09/11 | K | | |
| 133. | | | | | Sold (part) | 05/17/11 | K | A | |
| 134. | | | | | Sold (part) | 09/27/11 | K | | |
| 135. IRA: XILINX Inc. (XLNX) | A | Dividend | K | T | Buy | 08/11/11 | K | | |
| 136. IRA: XILINX Inc. (XLNX) Option | | | | | Sold | 12/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Ishares MSCI Singapore (EWS) | A | Dividend | K | T | Buy | 02/07/11 | J | | |
| 138. | | | | | Buy (add'l) | 12/05/11 | J | | |
| 139.  ITT Hartford Annuity | | None | L | T | | | | | |
| 140.  Johnson Controls Inc. (JCI) | A | Dividend | K | T | Buy | 02/10/11 | K | | |
| 141.  Kinder Morgan Inc. | A | Dividend | J | T | Buy | 02/23/11 | J | | |
| 142.  Magellan Midstream Partners (MMP) | B | Dividend | L | T | Buy | 02/15/11 | K | | |
| 143. | | | | | Buy (add'l) | 05/02/11 | J | | |
| 144. | | | | | Buy (add'l) | 05/09/11 | J | | |
| 145. | | | | | Buy (add'l) | 05/12/11 | J | | |
| 146.  Matthews Intl FDS-Asia Dividend FD (MAPIX) | A | Dividend | J | T | Buy | 02/07/11 | J | | |
| 147.  MetLife Investors Group Inc. | | None | M | T | | | | | |
| 148.  Mylan Inc. (MYL) | | None | K | T | Buy | 02/07/11 | K | | |
| 149.  National Retail Properties Inc. (NNN) | | None | | | Buy | 02/07/11 | K | | |
| 150. | | | | | Sold | 04/25/11 | K | B | |
| 151.  Nexus Resources LLC-Preferred | E | Royalty | K | U | | | | | |
| 152.  Nuveen Municipal Value Fund Inc. (NUV) | A | Dividend | | | Buy | 02/07/11 | K | | |
| 153. | | | | | Sold | 12/01/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.   Real Property, Travis County, TX | E | Rent | N | W | | | | | |
| 155.   Redwood Trust (RWT) | A | Dividend | K | T | Buy | 02/07/11 | K | | |
| 156. | | | | | Buy (add'l) | 02/10/11 | J | | |
| 157. | | | | | Buy (add'l) | 04/25/11 | J | | |
| 158. | | | | | Buy (add'l) | 08/16/11 | J | | |
| 159.   Roth IRA (was IRA): Vanguard Treasury Money Market Fund | | None | J | T | | | | | |
| 160.   Roth IRA (was IRA): Vanguard Small Cap Index Fund | B | Dividend | L | T | | | | | |
| 161.   Roth IRA Rollover: Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 162.   St. Clair, Patricia & Kellee | A | Interest | | | | | | | |
| 163.   Taiwan Semiconductor (TSM) | A | Dividend | J | T | Buy | 02/07/11 | J | | |
| 164.   TD Ameritrade Money Market Acct. | A | Interest | K | T | Buy | 02/04/11 | N | | |
| 165.   TPG Partners V, L.P. (FN 2) | B | Int./Div. | L | U | | | | | |
| 166.   ▨ 401(K): General Investments Fund (FN3) | | None | | | Sold (part) | 04/15/11 | P1 | | |
| 167. | | | | | Buy | 04/20/11 | O | | |
| 168. | | | | | Sold (part) | 08/10/11 | N | | |
| 169. | | | | | Sold (part) | 09/07/11 | N | | |
| 170. | | | | | Sold (part) | 10/05/11 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 11/09/11 | N | | |
| 172. | | | | | Sold | 12/7/11 | N | | |
| 173. ▨ 401(K) PIMCO Total Ret-Inst | None | | M | T | Buy | 11/09/11 | J | | |
| 174. | | | | | Buy (add'l) | 12/07/11 | M | | |
| 175. ▨ 401(K) Vanguard Infl-Prot Secs | None | | M | T | Buy | 09/07/11 | K | | |
| 176. | | | | | Buy (add'l) | 10/05/11 | L | | |
| 177. | | | | | Buy (add'l) | 11/09/11 | K | | |
| 178. ▨ 401(K) Vanguard Institutional Index | None | | O | T | Buy | 08/10/11 | M | | |
| 179. | | | | | Buy (add'l) | 09/07/11 | M | | |
| 180. | | | | | Buy (add'l) | 10/05/11 | M | | |
| 181. | | | | | Buy (add'l) | 11/09/11 | K | | |
| 182. ▨ 401(K) Vanguard Total International Stock Index | None | | N | T | Buy | 08/10/11 | M | | |
| 183. | | | | | Buy (add'l) | 09/07/11 | M | | |
| 184. | | | | | Buy (add'l) | 10/05/11 | L | | |
| 185. | | | | | Buy (add'l) | 11/09/11 | L | | |
| 186. | | | | | Buy (add'l) | 12/07/11 | L | | |
| 187. ▨ 401(K): JPM Prime Money Market | None | | | | Closed | 04/20/11 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ▉▉▉ Capital Account | A | Interest | | | Distributed | 12/31/11 | L | | |
| 189. ▉▉▉ Pension Plan (FN 4) | | None | | | | | | | |
| 190. ▉▉ 401(K) Vanguard Mid Cap Index | | None | M | T | Buy | 11/09/11 | M | | |
| 191. | | | | | Buy (add'l) | 12/07/11 | M | | |
| 192. Vanguard 500 Index Fund | A | Dividend | | | Buy | 04/27/11 | K | | |
| 193. | | | | | Sold | 11/09/11 | K | | |
| 194. Vanguard Emerging Markets Stock Index Fund | | None | | | Buy | 04/27/11 | K | | |
| 195. | | | | | Sold | 11/09/11 | K | | |
| 196. Vanguard European Stock Index Fund | | None | | | Sold | 11/09/11 | J | | |
| 197. Vanguard Extended Market Index Fund | A | Dividend | | | Sold | 11/09/11 | J | B | |
| 198. Vanguard Federal Money Market Fund | A | Interest | L | T | | | | | |
| 199. Vanguard Pacific Stock Index Fund | | None | | | Sold | 11/09/11 | J | | |
| 200. Vanguard Prime Money Market Fund | A | Interest | K | T | Buy | 09/27/11 | K | | |
| 201. Vanguard Small Cap Index Fund | | None | | | Buy | 04/27/11 | K | | |
| 202. | | | | | Sold | 11/09/11 | K | | |
| 203. Vanguard Treasury Money Market Fund | A | Interest | L | T | | | | | |
| 204. Wegoma Berkshire VII, L.P. (FN 5) | E | Int./Div. | L | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. WG&M Capital Account | D | Interest | M | T | Distributed | 02/09/11 | L | | |
| 206. | | | | | Distributed | 08/10/11 | J | | |
| 207. WG&M Partners' Target Pension Plan (FN 7) | | None | | W | Sold | 07/18/11 | L | | |
| 208. TRUST 1 | D | Int./Div. | N | T | | | | | |
| 209. - Dreyfus Appreciation Fund (FN 8) | | | | | | | | | |
| 210. TRUST 2 | D | Int./Div. | M | T | | | | | |
| 211. - BBVA Compass Bank, Houston, TX Acct. # 4 | | Interest | | | | | | | |
| 212. -MFC Flexshares Tr IBOXX 3 yr Target Duration TIPS Index Fd | | Interest | | | Buy | 09/29/11 | J | | |
| 213. -MFC Flexshares Tr IBOXX 5 yr Target Duration TIPS Index Fd | | Interest | | | Buy | 09/29/11 | J | | |
| 214. -MFC Flexshares TR Morningstar Global Upstream Nat. Res. Ind | | Int./Div. | | | Buy | 09/29/11 | J | | |
| 215. -MFB Northern Funds Fixed Income Fund | | Interest | | | Buy | 07/05/11 | J | | |
| 216. | | | | | Sold | 07/19/11 | J | A | |
| 217. -MFB Northern Funds High Yield Municipal Fund | | Interest | | | Buy | 07/19/11 | J | | |
| 218. | | | | | Sold (part) | 08/31/11 | J | A | |
| 219. | | | | | Sold (part) | 11/17/11 | J | A | |
| 220. -MFB Northern Funds Inter Tax Exempt Fund | | Interest | | | Buy | 07/20/11 | J | | |
| 221. | | | | | Buy (add'l) | 09/29/11 | J | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 11/04/11 | J | | |
| 223. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 224.  -MFB Northern Funds Multi-Manager Emerging Mkts Equity Fund | | Dividend | | | Buy | 07/01/11 | J | | |
| 225. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 226. | | | | | Sold (part) | 12/28/11 | J | | |
| 227.  -MFB Northern Funds Multi-Manager Global Real Estate Fund | | Int./Div. | | | Buy | 07/05/11 | J | | |
| 228.  -MFB Northern Funds Multi-Manager Large Cap Fund | | Dividend | | | Buy | 07/05/11 | K | | |
| 229. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 230.  -MFB Northern Funds Mun Money Mkt Fund | | Interest | | | Buy | 06/13/11 | M | | |
| 231.  -MFB Northern Funds Short Inter Tax Exempt Fund | | Interest | | | Buy | 07/19/11 | J | | |
| 232. | | | | | Sold (part) | 08/31/11 | J | A | |
| 233. | | | | | Sold (part) | 09/29/11 | J | A | |
| 234. | | | | | Sold | 11/17/11 | J | | |
| 235.  -MFB Northern Funds Small Cap Core Fund | | Dividend | | | Buy | 07/05/11 | J | | |
| 236.  -MFB Northern High Yield Fixed Income Fund | | Interest | | | Buy | 07/05/11 | J | | |
| 237. | | | | | Sold | 07/19/11 | J | A | |
| 238. | | | | | Buy | 08/31/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 240. -MFB Northern Multi-Manager Intl Equity Fund | | Dividend | | | Buy | 07/01/11 | K | | |
| 241. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 242. | | | | | Sold (part) | 11/04/11 | J | | |
| 243. -MFB Northern Multi-Manager Small Cap Fund | | Dividend | | | Buy | 07/05/11 | J | | |
| 244. -MFB Northern Multi-Manager Mid Cap Fund | | Dividend | | | Buy | 07/05/11 | J | | |
| 245. -MFB Northern Short Intermediate US Govt | | Interest | | | Buy | 07/05/11 | J | | |
| 246. | | | | | Sold | 07/19/11 | J | A | |
| 247. -MFC Ishares Tr Barclays TIPS BD Fund | | Interest | | | Buy | 07/19/11 | J | | |
| 248. | | | | | Sold | 09/29/11 | J | A | |
| 249. -MFC Spdr Gold Tr Gold Shs | | Dividend | | | Buy | 07/07/11 | J | | |
| 250. | | | | | Buy (add'l) | 07/22/11 | J | | |
| 251. | | | | | Sold (part) | 09/01/11 | J | A | |
| 252. -MFO Pimco FDS PAC Invt Mgmt Ser Commodity Real Return Strat | | Dividend | | | Buy | 07/05/11 | J | | |
| 253. | | | | | Sold (part) | 09/29/11 | J | | |
| 254. - Vanguard Emerging Markets Stock Index Fund | | Dividend | | | Buy | 04/27/11 | K | | |
| 255. | | | | | Sold | 06/10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Vanguard European Stock Index Fund | | Dividend | | | Sold | 06/10/11 | J | A | |
| 257. - Vanguard Extended Market Index Fund | | Dividend | | | Sold | 06/10/11 | J | A | |
| 258. -Vanguard Federal Money Market Fund | | Interest | | | Closed | 06/10/11 | L | | |
| 259. - Vanguard Mid-Cap Index Fund | | Dividend | | | Sold | 06/10/11 | J | A | |
| 260. - Vanguard Small-Cap Index Fund | | Dividend | | | Buy | 04/27/11 | K | | |
| 261. | | | | | Sold (part) | 06/10/11 | K | | |
| 262. - Vanguard 500 Index Fund:Vanguard Index Trust 500 Portfolio | | Dividend | | | Buy | 04/27/11 | K | | |
| 263. | | | | | Sold | 06/10/11 | K | | |
| 264. TRUST 3 | D | Int./Div. | M | T | | | | | |
| 265. - BBVA Compass Bank, Houston, TX Acct. # 5 | | None | | | | | | | |
| 266. -MFB Northern Funds Fixed Income Fund | | Interest | | | Buy | 07/05/11 | J | | |
| 267. | | | | | Sold | 07/19/11 | J | A | |
| 268. -MFB Northern Funds High Yield Municipal Fund | | Interest | | | Buy | 07/19/11 | J | | |
| 269. | | | | | Sold (part) | 08/31/11 | J | A | |
| 270. | | | | | Sold (part) | 11/17/11 | J | A | |
| 271. -MFB Northern Funds Inter Tax Exempt Fund | | Interest | | | Buy | 07/20/11 | J | | |
| 272. | | | | | Buy (add'l) | 09/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 11/04/11 | J | | |
| 274. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 275. -MFB Northern Funds Multi-Manager Emerging Mkts Equity Fund | | Dividend | | | Buy | 07/01/11 | J | | |
| 276. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 277. | | | | | Sold (part) | 12/28/11 | J | | |
| 278. -MFB Northern Funds Multi-Manager Global Real Estate Fund | | Int./Div. | | | Buy | 07/05/11 | J | | |
| 279. -MFB Northern Funds Multi-Manager Large CAP Fund | | Dividend | | | Buy | 07/05/11 | K | | |
| 280. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 281. -MFB Northern Funds Short Inter Tax Exempt Fund | | Interest | | | Buy | 07/19/11 | J | | |
| 282. | | | | | Sold (part) | 08/31/11 | J | A | |
| 283. | | | | | Sold (part) | 09/29/11 | J | A | |
| 284. | | | | | Sold | 11/17/11 | J | | |
| 285. -MFB Northern Funds Small Cap Core Fund | | Dividend | | | Buy | 07/05/11 | J | | |
| 286. -MFB Northern High Yield Fixed Income Fund | | Interest | | | Buy | 07/05/11 | J | | |
| 287. | | | | | Sold | 07/19/11 | J | A | |
| 288. | | | | | Buy | 08/31/11 | J | | |
| 289. | | | | | Buy (add'l) | 11/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -MFB Northern Multi-Manager Intl Equity Fund | | Dividend | | | Buy | 07/01/11 | K | | |
| 291. | | | | | Buy (add'l) | 09/01/11 | J | | |
| 292. | | | | | Sold (part) | 11/04/11 | J | | |
| 293. -MFB Northern Multi-Manager Mid Cap Fund | | Dividend | | | Buy | 07/05/11 | J | | |
| 294. -MFB Northern Multi-Manager Small Cap Fund | | Dividend | | | Buy | 07/05/11 | J | | |
| 295. -MFB Northern Short Intermediate US Govt | | Interest | | | Buy | 07/05/11 | J | | |
| 296. | | | | | Sold | 07/19/11 | J | A | |
| 297. -MFC Flexshares Tr IBOXX 3 yr Target Duration TIPS Index Fd | | Interest | | | Buy | 09/29/11 | J | | |
| 298. -MFC Flexshares Tr IBOXX 5 yr Target Duration TIPS Index Fd | | Interest | | | Buy | 09/29/11 | J | | |
| 299. -MFC Flexshares TR Morningstar Global Upstream Nat. Res. Ind | | Int./Div. | | | Buy | 09/29/11 | J | | |
| 300. -MFC Ishares Tr Barclays TIPS BD Fund | | Interest | | | Buy | 07/19/11 | J | | |
| 301. | | | | | Sold | 09/29/11 | J | A | |
| 302. -MFC Spdr Gold Tr Gold Shs | | Dividend | | | Buy | 07/07/11 | J | | |
| 303. | | | | | Sold (part) | 09/01/11 | J | A | |
| 304. -MFO Pimco Funds PAC Invt Mgmt Ser Commodity Real Return Str | | Dividend | | | Buy | 07/05/11 | J | | |
| 305. | | | | | Sold (part) | 09/29/11 | J | | |
| 306. -MFB Northern Funds Mun Money Mkt Fund | | Interest | | | Buy | 06/13/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F. | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  -Vanguard 500 Index Fund | | Dividend | | | Buy | 04/27/11 | K | | |
| 308. | | | | | Sold | 06/11/11 | K | | |
| 309.  -Vanguard Emerging Markets Stock Index Fund | | Dividend | | | Buy | 04/27/11 | K | | |
| 310. | | | | | Sold | 06/10/11 | K | | |
| 311.  - Vanguard European Stock Index Fund | | Dividend | | | Sold | 06/10/11 | J | A | |
| 312.  -Vanguard Federal Money Market Fund | | Interest | | | Closed | 06/10/11 | K | | |
| 313.  - Vanguard Mid-Cap Index Fund | | Dividend | | | Sold | 06/10/11 | J | A | |
| 314.  - Vanguard Small-Cap Index Fund | | Dividend | | | Buy | 04/27/11 | K | | |
| 315. | | | | | Sold (part) | 06/10/11 | K | | |
| 316.  TRUST 4 (FN 6) | | None | M | T | | | | | |
| 317.  - BBVA Compass Bank, Houston, TX Acct. #6 | | None | | | | | | | |
| 318.  - Pacific Life Ins. Co. (was "Mercury Equity Index Fund") | | None | | | | | | | |
| 319.  TRUST 5 | A | Int./Div. | N | T | | | | | |
| 320.  - American General Life Ins. Co. (Universal Life Ins.) | | None | | | | | | | |
| 321.  - Lincoln National (formerly Jefferson Pilot Life Ins. Co.) | | None | | | | | | | |
| 322.  - Vanguard Index Trust 500 Portfolio | | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section V Notes:

(1) A few times each year, friends invite [          ] and me to sit with them at tables they have purchased at charity events. We occasionally invite friends to do the same, i.e., join us at tables we have purchased for charity events. Since my confirmation, each time a friend has invited us to sit at his/her table, [          ] has made a contribution to the organization hosting the event equal to or greater than the fair market value of two tickets to the event. Each time, the invitation has come from a close friend whose friendship long predated my nomination. A few of those friends are lawyers and could someday represent clients in my court. To my knowledge, none of those friends was a party or represented clients in my court at the time of the event at which we sat at their table.

Section VII Notes:

(1) Diamond Castle Partner IV, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount within category J on 9/29/11.

(2) TPG Partners V, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount within category J on 2/4, 2/22, and 5/9/11.

(3) Although [          ] left the employ of [          ] in 2006, he continues to participate in the [          ] Retirement Plans A and B. These are individual account defined contribution plans qualified under I.R.C. Section 401(a). The contributions by the firm were fixed during [          ] employment by the firm. Retirement Plan A has a salary reduction I.R.C. Section 401(k) feature. The Trustee of the Plan is JPMorgan Chase Bank, N.A., Houston, Texas. [          ] has no investment discretion with respect to the investments of this defined contribution plan, except for the after-tax contribution component as to which he has the liminted discretion to choose any of a number of funds that are available. These funds are managed by outside investment advisors. I cannot determine how much of the change in total market value since last year was due to interest and/or dividends or the amount of capital gains on sale of shares in the fund. JP Morgan Chase informed [          ] that they cannot provide me with this information.

(4) Annual payment (beginning 1/15/15) of a fixed amount times years of service starting 1/1/95. Present value was provided by [          ] former law firm.

(5) Wegoma Berkshire VII, L.P. is a private equity fund that makes periodic capital calls. In response to capital calls, we invested an amount within category K on 2/23 and category J on 6/13, 8/22, 10/7, and 12/14/11.

(6) For the item in line 55, Pacific Life Insurance Co. says that it cannot provide the income for any year. Company representatives state that because I hold an interest in an index fund in which the cash value of an insurance policy has been invested, and not an individual taxable investment, there are no individual dividends or realized gains to report; all that is reported are gains or losses to the policy cash value. In addition, the company states, under applicable government regulations, an insurance policy is considered an asset, not an investment.

(7) The WG&M Partners' Target Pension Plan was inadvertently omitted from the F.D.R. for 2009 and 2010.

(8) Every year in late March and late December, the income from the Dreyfus Appreciation Fund in Trust 1 is automatically swept into and invested in the Dreyfus Appreciation Fund held in my personal account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy F. Atlas**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544